*Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 336. WALLING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR, *v.* JACKSONVILLE PAPER Co. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Warner W. Gardner* for petitioner. *Messrs. Charles Cook Howell* and *Louis Kurz* for respondent.

No. 366. UNITED STATES *v.* BROOKS-CALLAWAY COMPANY. October 19, 1942. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Messrs. George R. Shields, Herman J. Galloway, John W. Gaskins,* and *Fred W. Shields* for respondent.

No. 72. NEW YORK EX REL. WHITMAN *v.* WILSON, WARDEN. October 19, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of New York is also granted. *R. Gordon Whitman, pro se. Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, for respondent.

Nos. 387 and 388. RECONSTRUCTION FINANCE CORPORATION *v.* BANKERS TRUST Co., TRUSTEE. October 26, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Jesse E. Waid* for respond-